**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**HUNTER BRAGG** **CASE NO. 2:25-CV-01310**

**VERSUS** **JUDGE JAMES D. CAIN, JR.**

**DOLLAR GENERAL CORP ET AL** **MAGISTRATE JUDGE LEBLANC**

**JUDGMENT**

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment (Doc. 16) filed by Defendant, D G Louisiana LLC is hereby **DENIED.**

**THUS DONE AND SIGNED** in chambers on this 11th day of September, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**